PLAUGHER ET AL., APPELLEES, *v.* ONIALA ET AL., APPELLANTS.

[Cite as *Plaugher v. Oniala,* 132 Ohio St.3d 17, 2012-Ohio-1576.]

*Certified question answered in the negative and court of appeals' judgment reversed and cause remanded for application of* Havel v. Villa St. Joseph.

(Nos. 2011-0688 and 2011-0779—Submitted April 4, 2012—Decided April 11, 2012.)

APPEAL from and CERTIFIED by the Court of Appeals for Stark County, No. 2010-CA-00204, 2011-Ohio-1207.

_____

{¶ 1} The certified question is answered in the negative. The judgment of the court of appeals is reversed, and the cause is remanded for application of *Havel v. Villa St. Joseph*, 131 Ohio St.3d 235, 2012-Ohio-552, 963 N.E.2d 1270.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Baker, Dublikar, Beck, Wiley & Mathews and Donald P. Wiley, for appellant, Ethan David Knowles.

_____